IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN CHAPTER 7 PROCEEDINGS |
| | ) | |
| DOUGLAS C. WHEELER | ) | CASE NO. 09-62469 |
| JULIE Y. WHEELER | ) | |
| | ) | JUDGE RUSS KENDIG |
| Debtor(s) | ) | |
| | ) | **NOTICE OF WITHDRAWAL OF** |
| | ) | **APPLICATION TO EMPLOY** |

Now comes the Chapter 7 trustee and hereby gives notice of his withdrawal of the application to employ the law firm of McNamara, Demczyk & DeHaven Co., L.P.A. of Uniontown, Ohio, as attorneys for the trustee as the trustee will be requesting no payment of attorneys' fees in these proceedings.

Respectfully submitted,

McNAMARA, DEMCZYK & DeHAVEN CO., L.P.A.

By /s/ Michael V. Demczyk
Michael V. Demczyk
Attorneys at Law
Registration No. 0018863
12370 Cleveland Avenue, N. W.
P. O. Box 867
Uniontown, Ohio 44685
(330) 699-6703

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing notice of withdrawal of application was served upon:

Office of the United States Trustee
ATTN: Derrick Rippy
Howard M. Metzenbaum U.S. Courthouse
201 Superior Ave E #441
Cleveland, OH 44114-1240

via regular U.S. Mail on this 26th day of January, 2010.

                                            /s/ Michael V. Demczyk
                                            Michael V. Demczyk