Northern District Of Ohio
Frank T. Bow Federal Building
201 Cleveland Ave SW
Canton, OH 44702
**Case No. 09−62469−rk**

**In re:**

| | |
|---|---|
| Douglas C. Wheeler<br>6190 Meese Rd., NE<br>Louisville, OH 44641 | Julie Y. Wheeler<br>6190 Meese Rd., NE<br>Louisville, OH 44641 |

**Social Security No.:**
   xxx−xx−5265                                                         xxx−xx−7290

**FINAL DECREE**

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Michael V Demczyk is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** February 4, 2010                                     /s/ Russ Kendig
Form ohnb136                                                    United States Bankruptcy Judge